IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTINA RAYBURN, | |
| Plaintiff, | 8:23CV402 |
| vs. | |
| DEPUTY DANNY POTTER, United States Marshal Service; | ORDER |
| Defendants. | |

This matter is before the Court on its own motion. On September 11, 2023, the Clerk of the Court sent a Notice, Filing No. 3, a copy of General Order No. 2022-04, Filing No. 4, and a letter requesting a trust account statement, Filing No. 5, to Plaintiff at her last known address at the Cass County Jail and it was returned to this Court as undeliverable.[1] *See* Filing No. 6. Plaintiff has an obligation to keep the Court informed of her current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update her address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **November 13, 2023**: check for address.

---

[1] On September 18, 2023, the Cass County Jail called the Clerk's office and stated Plaintiff was transferred on September 8, 2023, to an Arkansas correctional facility. However, a search of the Arkansas Department of Corrections' online public records does not return any results for Plaintiff. *See* https://apps.ark.org/inmate_info/index.php (last visited October 11, 2023).

Dated this 11th day of October, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge