IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTINA RAYBURN,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUTY DANNY POTTER, United States Marshal Service;<br><br>Defendants. | 8:23CV402<br><br>**MEMORANDUM AND ORDER** |

On October 11, 2023, the Court ordered Plaintiff to update her address with the Court within 30 days or face dismissal of this action. Filing No. 7. To date, Plaintiff has not updated her address or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

2. Plaintiff's pending Motion for Leave to Proceed in Forma Pauperis, Filing No. 2, is denied as moot.

3. The Court will enter judgment by a separate document.

Dated this 4th day of December, 2023.

BY THE COURT:

*Jos F Bataill*

Joseph F. Bataillon
Senior United States District Judge